MANN, WYATT & RICE, LLC
201 E. 1st Avenue
P.O. Box 1202
Hutchinson, KS 67504-1202
(620) 662-2400
(620) 662-2443 (Fax)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KATHY TRACY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JASON MEDLOCK and J & J )<br>TRANSPORT, )<br>)<br>Defendants. )<br>_____ ) | Case No. 6:18-cv-1329 |

Pursuant to K.S.A. Chapter 60.

## COMPLAINT

In support of this Complaint, Plaintiff Kathy Tracy alleges and states as follows:

### Parties, Jurisdiction, and Venue

1.      Plaintiff Kathy Tracy ("Plaintiff") is a Kansas resident and citizen. She resides in Anthony, Harper County, Kansas.

2.      Defendant Jason Medlock ("Medlock") lives in Bradford, White County, Arkansas, and may be served with process at 6853 Highway 367 North, Bradford, AR 72020.

3.      Defendant J & J Transport ("J & J") is an Arkansas for-profit business. J & J may or may not be authorized to do business in the State of Arkansas. J & J is located in Bradford, Arkansas, but an Arkansas Business Entity search found no valid or current status. Nonetheless, J & J can be served with process at its headquarters located at 304 Jackson 307, Bradford, AR

1

72020 and/or through its Owner, Jason Medlock, at 6853 Highway 367 North, Bradford, AR 72020. For identification purposes, J & J's USDOT # is 1838996.

4. The Court has personal jurisdiction over Plaintiff as she has submitted herself to such as the party initiating this action.

5. Jason Medlock and J & J Transport operate and transact business in Kansas. The accident and subsequent injury to Plaintiff underlying this suit occurred in Kansas while Medlock was in the course and scope of his employment for J & J. Defendants have sufficient minimum contact with the State of Kansas so that the maintenance of suit does not offend traditional notions of fair play and substantial justice. As such, this Court has personal jurisdiction over Defendants and such jurisdiction comports with the due process requirements of the Kansas and U.S. Constitutions.

6. This Court has subject matter jurisdiction over the cause of action and personal jurisdiction over the parties' given their diversity of citizenship and the fact that the amount in controversy exceeds $75,000.00. See 28 U.S.C. § 1332(a).

7. Venue is proper in this Court under 28 U.S.C. § 1391 because the acts and omissions that give rise to the claims alleged and described in this Complaint occurred in this District in South Haven, Sumner County, Kansas.

**The Underlying Accident**

8. US-81 is a two-lane highway in Sumner County, Kansas that runs predominantly east/west. A portion of US-81, pertinent to this Petition, runs roughly northeast/southwest.

9. East 170th Street South is a two-lane roadway in Sumner County, Kansas that runs roughly east/west, but also connects to US-81 in a fashion such that it runs north/south.

10. US-81 and 170th Street South intersect to form a "T" intersection in South Haven, Sumner County, Kansas.

11. On August 15th, 2018, at about 5:30 a.m., Plaintiff was travelling roughly northeast on US-81 just east of the aforementioned intersection.

12. At about the same time, Defendant Medlock was travelling southwest on US-81. Defendant was driving a semi-tractor and flatbed trailer in the course and scope of his employment for J & J.

13. As Plaintiff approached Defendant Medlock, she noticed that his vehicle was across the center line and in her lane. Plaintiff attempted to move to the right as much as the highway would allow.

14. Nonetheless, Defendant Medlock clipped Plaintiff's vehicle causing a sudden, violent, and unexpected collision. The collision carried so much force that Plaintiff's vehicle careened off the highway.

**Negligence**

15. Defendant Medlock was negligent and 100% at fault for the accident with respect to the following actions and/or inactions:

   a. Failing to maintain a proper lookout;

   b. Failing to yield to Plaintiff's right of way;

   c. Failing to check for oncoming traffic;

   d. Swerving into an oncoming lane of traffic;

   e. Failing to either slow or stop his vehicle to avoid an accident;

   f. Failing to use reasonable and ordinary care to keep his vehicle under proper control; and/or

   g. Colliding with Plaintiff's vehicle.

16. Defendant J & J was negligent and 100% at fault for the accident through respondeat superior with respect to the following actions and/or inactions:

    a. Negligent hiring of Defendant Medlock;

    b. Negligent supervision of Defendant Medlock;

    c. Failure to properly and adequately train Defendant Medlock; and/or

    d. Failure to perform an appropriate background check on Defendant Medlock.

17. As a result of the collision, Plaintiff suffered severe bodily injury causing significant ongoing pain, physical limitation, and requiring future medical treatment to address her injuries.

18. Additionally, since the collision, Plaintiff has had a limited ability to perform day-to-day activities and has incurred wage loss.

19. As a result of Defendants' negligence, Plaintiff has incurred medical bills and will need future medical care and services to address her injuries and disabilities.

20. As a direct and proximate result of Defendants' negligence as set forth in this Petition, Plaintiff has sustained personal injuries that are permanent in nature and damages that are in excess of $75,000.00.

21. Consequently, Plaintiff prays for judgment against Defendants Jason Medlock and J & J Transport in an amount in excess of $75,000.00 for past medical expenses, future medical expenses, past and future lost services and disability, past and future wage loss, past and future pain, suffering, and disability, for costs of this action, and for such other and further relief as the Court deems just and equitable.

22. In accordance with applicable Kansas law, Plaintiff Kathy Tracy respectfully demands a trial by a jury of 12 persons of all issues raised in her Petition.

Dated: November 30, 2018.

        Respectfully submitted,

        */s/ Michael J. Wyatt*
        Michael J. Wyatt         (#23260)
        MANN, WYATT & RICE, LLC
        201 E. 1st Avenue
        P.O. Box 1202
        Hutchinson, KS 67504-1202
        (620) 662-2400
        (620) 662-2443 (Fax)
        mwyatt@mannwyattrice.com
        *Attorney for Plaintiff Kathy Tracy*